UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| David G. Velde, as Trustee of the Daniel S. Miller Bankruptcy Estate, | Civil No. 05-793 (RHK/RLE) |
| Plaintiff, | **ORDER** |
| v. | |
| Bradley Nelson, | |
| Defendant. | |

_____

Before the Court is Defendant's Motion to Amend Scheduling Order or to Stay

Action.  Having reviewed the supporting papers, the Court concludes that no good cause

has been shown to support either the modification of the Pretrial Scheduling Order or the

stay of this action pending a determination by the Eighth Circuit in related cases now

pending in that Court.

Accordingly, and upon all the files, records and proceedings herein, **IT IS**

**ORDERED**:

1.  Defendant's Motion to Amend Scheduling Order or to Stay Action (Doc. No.

    13) is **DENIED**;

2.  Trial in this matter, together with CV-05-788 and CV-05-789 will begin at 9:00

    a.m., Monday, August 21, 2006, at the United States Courthouse in Fergus

    Falls, Minnesota.

Dated:  June 21, 2006

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge