## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| David G. Velde, as Trustee of the Daniel S. Miller Bankruptcy Estate,<br><br>      Plaintiff,<br><br>v.<br><br>Curt Amundson (CV-05-788),<br>Dacian Bienek Farms, Inc. (CV-05-789),<br>Bradley Nelson (CV-05-793),<br><br>      Defendants. | Civil File Nos.   05-788 (RHK/RLE)<br>                         05-789 (RHK/RLE)<br>                         05-793 (RHK/RLE)<br><br>**ORDER FOR SUBMISSION<br>OF TRIAL MATERIALS** |

Trial in the above three cases will begin August 21, 2006.

The following materials are to be **EXCHANGED AND FILED** (all filings shall be in St. Paul) in accordance with the following schedule:

By August 2, 2005:

(1) All "documents to be submitted for trial" as required by Local Rule 39.1(b);

(2) Designation and copies of proposed deposition testimony;

(3) Motions in Limine with supporting briefs; and

(4) Trial brief with a statement of the issues (substantive and evidentiary), facts expected to be proved, and controlling statutory and case law.

By August 9, 2005:

(1) Responsive briefs to Motions in Limine;

(2) Written Objections, and the grounds therefor, to opposing parties' exhibits and designated deposition testimony (copies of objected to exhibits and

      objected to deposition testimony shall be furnished simultaneously to the Court); and

(3)    Replies to Trial Briefs.

By <u>August 16, 2005</u>:  Responses to the Written Objections.

Dated:  June 22, 2006

                        <u>s/Richard H. Kyle</u>
                        RICHARD H. KYLE
                        United States District Judge